No. 89, Orig. CALIFORNIA EX REL. STATE LANDS COMMISSION *v.* UNITED STATES. Motion of the United States for judgment on the pleadings is set for oral argument in due course. The defendant shall have 45 days within which to file the opening brief. The brief of the plaintiff shall be filed 30 days after receipt of the opening brief. [For earlier order herein, see *ante*, p. 809.]

No. 80–1538. PLYLER, SUPERINTENDENT, TYLER INDEPENDENT SCHOOL DISTRICT, ET AL. *v.* DOE, GUARDIAN, ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 451 U. S. 968]; and

No. 80–1934. TEXAS ET AL. *v.* CERTAIN NAMED AND UNNAMED UNDOCUMENTED ALIEN CHILDREN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 452 U. S. 937.] Motion of appellants for divided argument granted.

No. 80–1765. AMERICAN SOCIETY OF MECHANICAL ENGINEERS, INC. *v.* HYDROLEVEL CORP. C. A. 2d Cir. [Certiorari granted, 452 U. S. 937.] Motion of ECOS Electronics Corp. for leave to file a brief as *amicus curiae* granted.

No. 80–1832. IMMIGRATION AND NATURALIZATION SERVICE *v.* CHADHA ET AL. C. A. 9th Cir. [Probable jurisdiction postponed, *ante*, p. 812];

No. 80–2170. UNITED STATES HOUSE OF REPRESENTATIVES *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 812]; and

No. 80–2171. UNITED STATES SENATE *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 812.] Motion of the Solicitor General for divided argument and for additional time for oral argument granted, and an additional 30 minutes allotted for oral argument.

No. 80–2177. LEHMAN ON BEHALF OF HER CHILDREN, LEHMAN ET AL. *v.* LYCOMING COUNTY CHILDREN'S SERVICES AGENCY. C. A. 3d Cir. [Certiorari granted, *ante*, p. 813.] Motion of petitioner to dispense with printing the joint appendix granted.